**Dismissed and Memorandum Opinion filed June 18, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00486-CR

---

**JOHN PAUL CARDENAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 263rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1289128**

---

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to aggravated assault of a child under fourteen years of age. The trial court deferred adjudicating guilt and placed appellant on community supervision for a term of eight years. Subsequently, the State moved to adjudicate guilt. Appellant entered a plea of true to the allegations in the motion. The trial court adjudicated guilt and on April 29, 2013, sentenced appellant to confinement for fifteen years in the Institutional Division of the Texas

Department of Criminal Justice, and assessed a $500.00 fine. Appellant filed a pro se notice of appeal. We dismiss the appeal.

The record reflects appellant waived his right of appeal as part of his agreement to plead true to the motion to adjudicate guilt. In exchange, the State recommended appellant be sentenced to confinement for fifteen years in the Institutional Division of the Texas Department of Criminal Justice and fined $500.00. Negotiated waivers of the right of appeal are valid if the defendant waived the right of appeal knowing with certainty the punishment that would be assessed. *See Monreal v. State,* 99 S.W.3d 615 (Tex.Crim.App. 2003). Appellant was fully aware of the likely consequences when he waived his right to appeal and was sentenced by the trial court in accordance with the State's recommendation. *See Blanco v. State,* 18 S.W.3d 218, 220 (Tex.Crim.App. 2000).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Frost and Donovan.

Do Not Publish — Tex. R. App. P. 47.2(b).